UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X

| | |
|---|---|
| LESHAWN DAWSON, on behalf of himself and all others similarly situated, | CIVIL ACTION NO.: 1:19-cv-01204 (GHW) |
| Plaintiff(s), | |
| v. | **ANSWER TO FIRST AMENDED COMPLAINT AND AFFIRMATIVE DEFENSES** |
| DAKOTA WATCH COMPANY, | |
| Defendant(s). | |

------------------------------------------------------------------ X

Defendant, COOPER & COMPANY, INC. d/b/a DAKOTA WATCH COMPANY, by their attorneys, Bonner Kiernan Trebach & Crociata, LLP, and as and for an Answer to Plaintiff's Complaint, sets forth upon information and belief as follows:

1. Defendant is without knowledge or information sufficient to form a belief as to the veracity of the allegations contained in Paragraph 1 of Plaintiff's Complaint and on that basis denies those allegations in full.

2. Defendant is without knowledge or information sufficient to form a belief as to the veracity of the allegations contained in Paragraph 2 of Plaintiff's Complaint and on that basis denies those allegations in full.

3. Defendant is without knowledge or information sufficient to form a belief as to the veracity of the allegations contained in Paragraph 3 of Plaintiff's Complaint and on that basis denies those allegations in full.

4. Defendant denies the allegations contained in Paragraph 4 of Plaintiff's Complaint.

5. Defendant denies the allegations contained in Paragraph 5 of Plaintiff's Complaint.

## JURISDICTION AND VENUE

6. The allegations in Paragraph 6 of Plaintiff's Complaint are legal conclusions that do not require a response. To the extent a response is required, Defendant denies the allegations contained in Paragraph 6 of Plaintiff's Complaint.

7. The allegations in Paragraph 7 of Plaintiff's Complaint are legal conclusions that do not require a response. To the extent a response is required, Defendant denies the allegations contained in Paragraph 7 of Plaintiff's Complaint.

8. The allegations in Paragraph 8 of Plaintiff's Complaint are legal conclusions that do not require a response. To the extent a response is required, Defendant denies the allegations contained in Paragraph 8 of Plaintiff's Complaint.

9. The allegations in Paragraph 9 of Plaintiff's Complaint are legal conclusions that do not require a response. To the extent a response is required, Defendant denies the allegations contained in Paragraph 9 of Plaintiff's Complaint.

10. The allegations in Paragraph 10 of Plaintiff's Complaint are legal conclusions that do not require a response. To the extent a response is required, Defendant denies the allegations contained in Paragraph 10 of Plaintiff's Complaint.

## THE PARTIES

11. Defendant is without knowledge or information sufficient to form a belief as to the veracity of the allegations contained in Paragraph 11 of Plaintiff's Complaint and on that basis denies those allegations in full.

12. Defendant admits only to the extent that it is a corporate entity authorized to do business in this jurisdiction and leaves plaintiff to his/her proofs on all other allegations contained in Paragraph 12 of Plaintiff's Complaint.

13. The allegations in Paragraph 13 of Plaintiff's Complaint are legal conclusions that do not require a response. To the extent a response is required, Defendant denies the allegations contained in Paragraph 13 of Plaintiff's Complaint.

## **NATURE OF ACTION**

14. Defendant is without knowledge or information sufficient to form a belief as to the veracity of the allegations contained in Paragraph 14 of Plaintiff's Complaint and on that basis denies those allegations in full.

15. Defendant is without knowledge or information sufficient to form a belief as to the veracity of the allegations contained in Paragraph 15 of Plaintiff's Complaint and on that basis denies those allegations in full.

16. Defendant is without knowledge or information sufficient to form a belief as to the veracity of the allegations contained in Paragraph 16 of Plaintiff's Complaint and on that basis denies those allegations in full.

17. Defendant is without knowledge or information sufficient to form a belief as to the veracity of the allegations contained in Paragraph 17 of Plaintiff's Complaint and on that basis denies those allegations in full.

18. Defendant is without knowledge or information sufficient to form a belief as to the veracity of the allegations contained in Paragraph 18 of Plaintiff's Complaint and on that basis denies those allegations in full.

19.     Defendant is without knowledge or information sufficient to form a belief as to the veracity of the allegations contained in Paragraph 19 of Plaintiff's Complaint and on that basis denies those allegations in full.

## STATEMENT OF FACTS

20.     Defendant admits only to the extent that it is a corporate entity authorized to do business in this jurisdiction and leaves plaintiff to his/her proofs on all other allegations contained in Paragraph 20 of Plaintiff's Complaint.

21.     Defendant admits only to the extent that it is a corporate entity authorized to do business in this jurisdiction and leaves plaintiff to his/her proofs on all other allegations contained in Paragraph 21 of Plaintiff's Complaint.

22.     The allegations in Paragraph 22 of Plaintiff's Complaint are legal conclusions that do not require a response. To the extent a response is required, Defendant denies the allegations contained in Paragraph 22 of Plaintiff's Complaint.

23.     Defendant admits only to the extent that it is a corporate entity authorized to do business in this jurisdiction and leaves plaintiff to his/her proofs on all other allegations contained in Paragraph 23 of Plaintiff's Complaint.

24.     Defendant denies the allegations contained in Paragraph 24 of Plaintiff's Complaint.

25.     Defendant is without knowledge or information sufficient to form a belief as to the veracity of the allegations contained in Paragraph 25 of Plaintiff's Complaint and on that basis denies those allegations in full.

26.     Defendant denies the allegations contained in Paragraph 26 of Plaintiff's Complaint.

27. Defendant is without knowledge or information sufficient to form a belief as to the veracity of the allegations contained in Paragraph 27 of Plaintiff's Complaint and on that basis denies those allegations in full.

28. Defendant denies the allegations contained in Paragraph 28 of Plaintiff's Complaint.

29. Defendant denies the allegations contained in Paragraph 29 of Plaintiff's Complaint.

30. Defendant is without knowledge or information sufficient to form a belief as to the veracity of the allegations contained in Paragraph 30 of Plaintiff's Complaint and on that basis denies those allegations in full.

31. Defendant is without knowledge or information sufficient to form a belief as to the veracity of the allegations contained in Paragraph 31 of Plaintiff's Complaint and on that basis denies those allegations in full.

32. Defendant denies the allegations contained in Paragraph 32 of Plaintiff's Complaint.

33. Defendant denies the allegations contained in Paragraph 33 of Plaintiff's Complaint.

34. The allegations in Paragraph 34 of Plaintiff's Complaint are legal conclusions that do not require a response. To the extent a response is required, Defendant denies the allegations contained in Paragraph 34 of Plaintiff's Complaint.

35. Defendant denies the allegations contained in Paragraph 35 of Plaintiff's Complaint.

36. Defendant is without knowledge or information sufficient to form a belief as to the veracity of the allegations contained in Paragraph 36 of Plaintiff's Complaint and on that basis denies those allegations in full.

37. Defendant denies the allegations contained in Paragraph 37 of Plaintiff's Complaint.

38. Defendant denies the allegations contained in Paragraph 38 of Plaintiff's Complaint.

39. Defendant denies the allegations contained in Paragraph 39 of Plaintiff's Complaint.

## CLASS ACTION ALLEGATIONS

40. The allegations in Paragraph 40 of Plaintiff's Complaint are legal conclusions that do not require a response. To the extent a response is required, Defendant denies the allegations contained in Paragraph 40 of Plaintiff's Complaint.

41. The allegations in Paragraph 41 of Plaintiff's Complaint are legal conclusions that do not require a response. To the extent a response is required, Defendant denies the allegations contained in Paragraph 41 of Plaintiff's Complaint.

42. The allegations in Paragraph 42 of Plaintiff's Complaint are legal conclusions that do not require a response. To the extent a response is required, Defendant denies the allegations contained in Paragraph 42 of Plaintiff's Complaint.

43. The allegations in Paragraph 43 of Plaintiff's Complaint are legal conclusions that do not require a response. To the extent a response is required, Defendant denies the allegations contained in Paragraph 43 of Plaintiff's Complaint.

44. The allegations in Paragraph 44 of Plaintiff's Complaint are legal conclusions that do not require a response. To the extent a response is required, Defendant denies the allegations contained in Paragraph 44 of Plaintiff's Complaint.

45. The allegations in Paragraph 45 of Plaintiff's Complaint are legal conclusions that do not require a response. To the extent a response is required, Defendant denies the allegations contained in Paragraph 45 of Plaintiff's Complaint.

46. The allegations in Paragraph 46 of Plaintiff's Complaint are legal conclusions that do not require a response. To the extent a response is required, Defendant denies the allegations contained in Paragraph 46 of Plaintiff's Complaint.

47. The allegations in Paragraph 47 of Plaintiff's Complaint are legal conclusions that do not require a response. To the extent a response is required, Defendant denies the allegations contained in Paragraph 47 of Plaintiff's Complaint.

## FIRST CAUSE OF ACTION

48. Defendant repeats and realleges every defense of the preceding paragraphs as if fully set forth herein.

49. The allegations in Paragraph 49 of Plaintiff's Complaint are legal conclusions that do not require a response. To the extent a response is required, Defendant denies the allegations contained in Paragraph 49 of Plaintiff's Complaint.

50. The allegations in Paragraph 50 of Plaintiff's Complaint are legal conclusions that do not require a response. To the extent a response is required, Defendant denies the allegations contained in Paragraph 50 of Plaintiff's Complaint.

51. The allegations in Paragraph 51 of Plaintiff's Complaint are legal conclusions that do not require a response. To the extent a response is required, Defendant denies the allegations contained in Paragraph 51 of Plaintiff's Complaint.

52. The allegations in Paragraph 52 of Plaintiff's Complaint are legal conclusions that do not require a response. To the extent a response is required, Defendant denies the allegations contained in Paragraph 52 of Plaintiff's Complaint.

53. The allegations in Paragraph 53 of Plaintiff's Complaint are legal conclusions that do not require a response. To the extent a response is required, Defendant denies the allegations contained in Paragraph 53 of Plaintiff's Complaint.

54. The allegations in Paragraph 54 of Plaintiff's Complaint are legal conclusions that do not require a response. To the extent a response is required, Defendant denies the allegations contained in Paragraph 54 of Plaintiff's Complaint.

55. The allegations in Paragraph 55 of Plaintiff's Complaint are legal conclusions that do not require a response. To the extent a response is required, Defendant denies the allegations contained in Paragraph 55 of Plaintiff's Complaint.

## **SECOND CAUSE OF ACTION**

56. Defendant repeats and realleges every defense of the preceding paragraphs as if fully set forth herein.

57. The allegations in Paragraph 57 of Plaintiff's Complaint are legal conclusions that do not require a response. To the extent a response is required, Defendant denies the allegations contained in Paragraph 57 of Plaintiff's Complaint.

58. The allegations in Paragraph 58 of Plaintiff's Complaint are legal conclusions that do not require a response. To the extent a response is required, Defendant denies the allegations contained in Paragraph 58 of Plaintiff's Complaint.

59. The allegations in Paragraph 59 of Plaintiff's Complaint are legal conclusions that do not require a response. To the extent a response is required, Defendant denies the allegations contained in Paragraph 59 of Plaintiff's Complaint.

60. Defendant denies the allegations contained in Paragraph 60 of Plaintiff's Complaint.

61. The allegations in Paragraph 61 of Plaintiff's Complaint are legal conclusions that do not require a response. To the extent a response is required, Defendant denies the allegations contained in Paragraph 61 of Plaintiff's Complaint.

62. The allegations in Paragraph 62 of Plaintiff's Complaint are legal conclusions that do not require a response. To the extent a response is required, Defendant denies the allegations contained in Paragraph 62 of Plaintiff's Complaint.

63. The allegations in Paragraph 63 of Plaintiff's Complaint are legal conclusions that do not require a response. To the extent a response is required, Defendant denies the allegations contained in Paragraph 63 of Plaintiff's Complaint.

64. Defendant denies the allegations contained in Paragraph 64 of Plaintiff's Complaint.

65. Defendant denies the allegations contained in Paragraph 65 of Plaintiff's Complaint.

66. Defendant denies the allegations contained in Paragraph 66 of Plaintiff's Complaint.

67. Defendant denies the allegations contained in Paragraph 67 of Plaintiff's Complaint.

68. Defendant denies the allegations contained in Paragraph 68 of Plaintiff's Complaint.

69. Defendant denies the allegations contained in Paragraph 69 of Plaintiff's Complaint.

70. The allegations in Paragraph 70 of Plaintiff's Complaint are legal conclusions that do not require a response. To the extent a response is required, Defendant denies the allegations contained in Paragraph 70 of Plaintiff's Complaint.

### THIRD CAUSE OF ACTION

71. Defendant repeats and realleges every defense of the preceding paragraphs as if fully set forth herein.

72. Defendant is without knowledge or information sufficient to form a belief as to the veracity of the allegations contained in Paragraph 72 of Plaintiff's Complaint and on that basis denies those allegations in full.

73. The allegations in Paragraph 73 of Plaintiff's Complaint are legal conclusions that do not require a response. To the extent a response is required, Defendant denies the allegations contained in Paragraph 73 of Plaintiff's Complaint.

74. The allegations in Paragraph 74 of Plaintiff's Complaint are legal conclusions that do not require a response. To the extent a response is required, Defendant denies the allegations contained in Paragraph 74 of Plaintiff's Complaint.

75. The allegations in Paragraph 75 of Plaintiff's Complaint are legal conclusions that do not require a response. To the extent a response is required, Defendant denies the allegations contained in Paragraph 75 of Plaintiff's Complaint.

76. The allegations in Paragraph 76 of Plaintiff's Complaint are legal conclusions that do not require a response. To the extent a response is required, Defendant denies the allegations contained in Paragraph 76 of Plaintiff's Complaint.

77. Defendant denies the allegations contained in Paragraph 77 of Plaintiff's Complaint.

78. The allegations in Paragraph 78 of Plaintiff's Complaint are legal conclusions that do not require a response. To the extent a response is required, Defendant denies the allegations contained in Paragraph 78 of Plaintiff's Complaint.

79. The allegations in Paragraph 79 of Plaintiff's Complaint are legal conclusions that do not require a response. To the extent a response is required, Defendant denies the allegations contained in Paragraph 79 of Plaintiff's Complaint.

80. Defendant denies the allegations contained in Paragraph 80 of Plaintiff's Complaint.

81. Defendant denies the allegations contained in Paragraph 81 of Plaintiff's Complaint.

82. Defendant denies the allegations contained in Paragraph 82 of Plaintiff's Complaint.

## **FOURTH CAUSE OF ACTION**

83. Defendant repeats and realleges every defense of the preceding paragraphs as if fully set forth herein.

84. The allegations in Paragraph 84 of Plaintiff's Complaint are legal conclusions that do not require a response. To the extent a response is required, Defendant denies the allegations contained in Paragraph 84 of Plaintiff's Complaint.

85. Defendant denies the allegations contained in Paragraph 85 of Plaintiff's Complaint.

86. Defendant denies the allegations contained in Paragraph 86 of Plaintiff's Complaint.

87. Defendant denies the allegations contained in Paragraph 87 of Plaintiff's Complaint.

88. The allegations in Paragraph 88 of Plaintiff's Complaint are legal conclusions that do not require a response. To the extent a response is required, Defendant denies the allegations contained in Paragraph 88 of Plaintiff's Complaint.

89. Defendant denies the allegations contained in Paragraph 89 of Plaintiff's Complaint.

90. Defendant denies the allegations contained in Paragraph 90 of Plaintiff's Complaint.

91. Defendant denies the allegations contained in Paragraph 91 of Plaintiff's Complaint.

92. Defendant denies the allegations contained in Paragraph 92 of Plaintiff's Complaint.

93. Defendant denies the allegations contained in Paragraph 93 of Plaintiff's Complaint.

94. Defendant denies the allegations contained in Paragraph 94 of Plaintiff's Complaint.

95. Defendant denies the allegations contained in Paragraph 95 of Plaintiff's Complaint.

## FIFTH CAUSE OF ACTION

96. Defendant repeats and realleges every defense of the preceding paragraphs as if fully set forth herein.

97. The allegations in Paragraph 97 of Plaintiff's Complaint are legal conclusions that do not require a response. To the extent a response is required, Defendant denies the allegations contained in Paragraph 97 of Plaintiff's Complaint.

98. The allegations in Paragraph 98 of Plaintiff's Complaint are legal conclusions that do not require a response. To the extent a response is required, Defendant denies the allegations contained in Paragraph 98 of Plaintiff's Complaint.

## AFFIRMATIVE DEFENSES

### AS AND FOR A FIRST AFFIRMATIVE DEFENSE

Recovery is barred in this action by the failure of the Complaint to state a claim upon which relief can be granted.

### AS AND FOR A SECOND AFFIRMATIVE DEFENSE

The Defendants, their agents and employees were not guilty of negligence and violated no duty to Plaintiff.

### AS AND FOR A THIRD AFFIRMATIVE DEFENSE

Recovery is barred in this action, in whole or in part, by the contributory negligence of the Plaintiff.

**AS AND FOR A FOURTH AFFIRMATIVE DEFENSE**

Plaintiff has not sustained any damages by virtue of any act or omission of these Defendants.

**AS FOR A FIFTH AFFIRMATIVE DEFENSE**

Any liability which might otherwise be imposed upon the defendants is subject to reduction by the application of comparative negligence.

**AS AND FOR A SIXTH AFFIRMATIVE DEFENSE**

Plaintiff has not sustained any damages by virtue of any act or omission of these defendants or by any authorized or ratified act or omission of any of their agents or employees.

**AS AND FOR A SEVENTH AFFIRMATIVE DEFENSE**

Plaintiff's claims are barred because there is no causal relationship between any acts or omissions by these defendants and the damages, if any, suffered by Plaintiff.

**AS AND FOR AN EIGHTH AFFIRMATIVE DEFENSE**

Any injuries alleged by Plaintiff were due to a condition of which Defendants had no actual or constructive notice.

**AS AND FOR A NINTH AFFIRMATIVE DEFENSE**

Plaintiff failed to mitigate his/her damages reasonably as a matter of law.

**AS AND FOR A TENTH AFFIRMATIVE DEFENSE**

Plaintiff does not have subject matter jurisdiction over the defendants.

**AS AN FOR AN ELEVENTH AFFIRMATIVE DEFENSE**

Plaintiff does not have personal jurisdiction over the defendants.

**AS AND FOR A TWELFTH AFFIRMATIVE DEFENSE**

Recovery is barred in this action by reason of the applicable Statute of Limitations.

### AS AND FOR A THIRTEENTH AFFIRMATIVE DEFENSE

The Summons and Complaint are defective because of insufficiency of process.

### AS AND FOR A FOURTEENTH AFFIRMATIVE DEFENSE

The alleged deficiencies asserted in the Complaint are not required to be corrected by applicable law because said corrections are not readily achievable or feasible.

### AS AND FOR A FIFTEENTH AFFIRMATIVE DEFENSE

The applicable laws, statutes and regulations cited by Plaintiff's Complaint do not apply to the subject website alleged in the Complaint.

### AS AND FOR A SIXTEENTH AFFIRMATIVE DEFENSE

Plaintiff failed to provide Defendant with reasonable notice regarding any of the alleged barriers to access to its website prior to filing its Complaint..

### AS AND FOR A SEVENTEENTH AFFIRMATIVE DEFENSE

Plaintiff has suffered no damages.

### AS AND FOR A EIGHTTEENTH AFFIRMATIVE DEFENSE

Plaintiff's Complaint is barred by the doctrine of laches.

**WHEREFORE**, Defendants hereby demand judgment dismissing Plaintiff's Complaint with prejudice herein and further demands judgment over and against plaintiff for the amount of any judgment obtained against defendants by plaintiff, or on the basis of apportionment of responsibility, in such amounts as a jury or the Court may direct, together with the costs and disbursements of this action.

Dated: March 18, 2019

                                        Respectfully submitted,

                                        BONNER, KIERNAN, TREBACH & CROCIATA, LLP

By:  /s/Alan R. Levy/s/_____
      Alan R. Levy (ARL-0722)
      Bonner Kiernan Trebach & Crociata, LLP
      Empire State Building
      350 Fifth Avenue, 59th Floor
      New York, New York 10118
      (212) 268-7535
      alevy@bonnerkiernan.com
      Attorneys for Defendant
      COOPER & COMPANY, INC. d/b/a
      DAKOTA WATCH COMPANY

To:
Joseph H. Mizrahi, Esq.
COHEN & MIZRAHI, LLP
300 Cadman Plaza West – 12th Floor
Brooklyn, NY 11201
(929) 575-4175
f-(929) 575-4195

Jeffrey M. Gottlieb, Esq. (JG-7905)
Dana L. Gottlieb, Esq. (DG-6151)
GOTTLIEB & ASSOCIATES
150 East 18th Street – Suite PHR
New York, NY 10003-2461
(212) 228-9795

Attorneys for Plaintiff