UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LESHAWN DAWSON on behalf of himself and all others similarly situated,<br><br>                              Plaintiffs,<br><br>-against-<br><br><br>DAKOTA WATCH COMPANY<br>                              Defendant. | Docket No: 1:19-cv-01204-GHW<br><br>**NOTICE OF SETTLEMENT** |

Now comes the Plaintiff LESHAWN DAWSON by and through counsel, to provide notice to the Court that the present cause has been settled between the parties, and states:

1. A settlement in principle has been reached between Plaintiff and Defendant and settlement agreement ("Agreement") is in the process of being finalized. Once the Agreement is fully executed, and certain conditions have been fulfilled pursuant to the Agreement, the parties will submit a Stipulation of Dismissal with prejudice, and without costs, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and will therein request that the case be dismissed and closed.

2. The parties respectfully request that the Court stay this case and adjourn all deadlines and conferences.

   Dated:   Brooklyn, New York
            April 11, 2019

                                              Respectfully submitted,
                                              /s/ *Joseph H. Mizrahi*
                                              Joseph H. Mizrahi, Esq.

1